UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTR FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                Petitioners,                          24 **CIVIL** 5556 (AT)

   -against-                                    **JUDGMENT**

DONCO, INC. a/k/a DONCO CORP.,

                Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 20, 2025, the petition to confirm the Award is GRANTED. Judgment is entered against Donco in the amount of $56,384.74, plus post-Award interest at a rate of 10.5% per year accruing from March 29, 2024, through the date of judgment, attorneys' fees and costs of $6,856.54, and post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
         January 21, 2025

                                                  **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                   **BY:**                       K. Mango

                                                   **Deputy Clerk**